IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01957-BNB

JOE W. SHULER,

    Plaintiff,

v.

TIMITHI BOULTON, Parole Officer,
MIKE HILER, Parole Sup.,
JEANNIE MILLER, Executive Director Parole, and
ALLAN STANLEY, Parole Chairperson,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 8 2006

GREGORY C. LANGHAM
             CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE
AMENDED COMPLAINT

---

Plaintiff Joe W. Shuler is incarcerated at the Colorado Department of Corrections and currently is held at the Crowley County Correctional Facility in Olney Springs, Colorado. Plaintiff has filed with the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. The Court must construe the Complaint liberally, because Mr. Shuler is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Shuler will be ordered to file an Amended Complaint.

In the Complaint, Plaintiff asserts that he was held in jail for sixty days without charges being filed against him. He further asserts that after charges were filed against him the parole board continued for almost two years the date for his parole revocation

hearing. Mr. Shuler contends that the two-year continuance violates his due process rights. Plaintiff seeks money damages.

Although Plaintiff asserts claims against Defendants Timithi Boulton and Jeannie Miller, he fails to assert how Defendants Mike Hiler and Allan Stanley violated his constitutional rights. Personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, a plaintiff must show that each defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). Defendants Hiler and Stanley may not be held liable merely because of their supervisory position. **See Pembaur v. City of Cincinnati**, 475 U.S. 469, 479 (1986); **McKee v. Heggy**, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Shuler, therefore, will be ordered to file an Amended Complaint that states the acts that all Defendants committed to violate his constitutional rights. Accordingly, it is

ORDERED that Mr. Shuler shall file **within thirty days from the date of this Order** an Amended Complaint that states how all named Defendants personally participated in the asserted constitutional violations. It is

FURTHER ORDERED that the Amended Complaint shall be titled, "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States

District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Shuler, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that Mr. Shuler submit an original and sufficient copies of the Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that if Mr. Shuler fails to file, **within thirty days from the date of this Order,** an Amended Complaint that complies, to the Court's satisfaction, with this Order the action will be dismissed without further notice.

DATED April 28, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01957-BNB

Joe W. Shuler, III
Prisoner No. 69629
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 4/28/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk