# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge O. Edward Schlatter
### for
### Magistrate Judge Patricia A. Coan

**Civil Action No.:   05-cv-01957-MSK-PAC**          FTR - Reporter Deck - Courtroom A-501
**Date:   December 05, 2006**                       Courtroom Deputy,  Ellen E. Miller

_____

JOE  W.  SHULER, III,                               Pro Se   (by telephone)
#69629
    **Plaintiff(s),**
v.

TIMITHI  BOULTON, and                               Joseph P.  Sanchez
JEANNIE   MILLER,

    **Defendant(s).**
_____

## COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:  MOTIONS   HEARING**
**Court in Session:**    9:32  a.m.
Court calls case.   Appearance of *Pro Se* Plaintiff and defense  counsel.  In Magistrate Judge Coan's absence, Magistrate Judge Schlatter is conducting this hearing.

Both parties advise the Court they have no more to add to their Motion or  Response,  and submit the Motion to the Court without further argument.

**It is ORDERED:**   Defendants' MOTION TO STAY PROCEEDINGS PENDING A RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  (Docket No. **42,** Filed November 07, 2006) is **GRANTED.**

    The  stay  in this case shall remain in effect until a ruling is issued on the Defendants' pending Motion for Summary Judgment. A Scheduling Conference will be held if necessary following a decision on the Motion for Summary Judgment.

HEARING CONCLUDES.    **Court in recess:**   9:38 a.m.  Total In-Court Time:     00:06