IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01957-MSK-KLM

JOE W. SHULER, III,

    Plaintiff,

v.

TIMITHI BOULTON, and
JEANNIE MILLER,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    It has come to the attention of the Court that Plaintiff has sent a letter to the Court. As with all documents submitted to the Court, the letter has been filed by the Clerk of Court as a separate docket entry in the record of this case [Docket No. 70, Filed October 30, 2007].  Because the letter was construed as a motion, it was referred to this Court.

    As a preliminary matter, the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek relief from the Court, and that the Court *may* permit the filing of responses and replies regarding such motions.  Fed. Rule Civ. Pro. 7(b)(1) ("An application to the court for an order shall be by motion . . . ."); D.C.Colo.L.Civ.R. 7.1C.  The Court does not generally rule on letters seeking relief. However, because Plaintiff merely seeks to know the status of his case,

    **IT IS HEREBY ORDERED** that the request for status [Docket No. 70] is **GRANTED**. Plaintiff is informed that his case is currently stayed pursuant to Court Order entered April 15, 2007 [Docket No. 63] while the Defendants' Motion for Summary Judgment is pending. That Motion has not been ruled upon, thus the stay remains in effect.  Should Plaintiff seek future relief from this Court, Plaintiff is directed to file a motion clearly stating the relief being sought.

Dated:  October 31, 2007