IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01957-MSK-KLM

JOE W. SHULER, III,

       Plaintiff,

v.

TIMITHI BOULTON,

       Defendant.

_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

THIS MATTER comes before the Court on the Motion to Withdraw on Behalf of Joseph P. Sanchez (Motion) **(#82)**, formerly of the Colorado Attorney General's office. Having reviewed the Motion,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Joseph P. Sanchez is withdrawn as counsel for the Defendant in this case.

DATED this 16th day of January, 2008.

       BY THE COURT:

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge